DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

E. I. DUPONT DE NEMOURS & CO. v. MOORE

No. 348P82.

Case below: 57 N.C. App. 84.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

FERGUSON v. FERGUSON

No. 93P82.

Case below: 55 N.C. App. 341.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 July 1982.

FORCE v. SANDERSON

No. 240P82.

Case below: 56 N.C. App. 423.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

FOREMAN v. BELL

No. 262P82.

Case below: 56 N.C. App. 625.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

GOODMAN v. GOODMAN

No. 317P82.

Case below: 57 N.C. App. 371.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.